UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SONYA G. COFFEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-cv-00252-PLR-CCS ) ) |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

APPROVED FOR ENTRY:

**LAW OFFICE OF JESSE D. NELSON**

By: s/Jesse D. Nelson, with permission
Jesse D. Nelson
9724 Kingston Pike, Suite 104
Knoxville, TN 37922
865.383.1053
jesse@jessenelsonlaw.com
Attorneys for Plaintiff

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: <u>s/Cameron S. Hill</u>
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
423.209.4160
chill@bakerdonelson.com
Attorneys for Defendant